1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVONNE CURIEL,                                            No. 2:08-cv-00164-MCE-DAD PS

       Plaintiff,

  vs.                                                                    ORDER

WASHINGTON MUTUAL BANK, et al.,

       Defendants.

_____/

      Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On March 3, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 3, 2008, are adopted in full;

2. Plaintiff's January 24, 2008 application to proceed in forma pauperis is denied; and

3. This action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated:  March 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE